# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         )<br>     Plaintiff,    )<br>         )<br>vs       )<br>         )<br>NOE ANTONIO ENRIQUEZ,  )<br>         )<br>     Defendant,   )<br>_____) | No. 07CR2342-BTM<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 32(d)(1), Fed.R.Crim.P.) |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 **X**  an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice; or

 ___  the Court has granted the motion of the Government for dismissal; or

 ___  the Court has granted the motion of the defendant for a judgment of acquittal; or

 ___  a jury has been waived, and the Court has found the defendant not guilty; or

 ___  the jury has returned its verdict, finding the defendant not guilty;

 **X**  of the offense(s) of:

8:1326(a) and (b) - Attempted entry after deportation (felony)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 9/5/07

_____
Hon. Nita L. Stormes
United States Magistrate Judge


                              ENTERED ON _____

K:\Common\Lewis\Criminal Forms and Documents\jdgdism.frm